FILED

2011 FEB 22 PM 12:22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES BOYLE,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____/

CASE NO.

5:11-cv-79-oc-10KRS

## COMPLAINT

Plaintiff, CHARLES BOYLE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Florida, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Silver Springs, Marion County, Florida.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office Norfolk, Virginia.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, GE Money Bank FSB / JC Penny, with an account number ending in 6058 (PRA # 3240334310039).

11. Plaintiff's debt owed to GE Money Bank FSB / JC Penny arises from transactions for personal, family, and household purposes.

12. On March 26, 2010, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after March 26, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff dated October 13, 2010, is attached as Exhibit B)

14. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with

PLAINTIFF'S COMPLAINT            2

Plaintiff after March 26, 2010, in an attempt to collect a debt by placing collection calls to Plaintiff on November 15, 2010; November 23, 2010, and on December 8, 2010.

15. On November 15, 2010; November 23, 2010, and on December 8, 2010, Defendant called Plaintiff from the following telephone number: 866-691-3568.

16. On November 15, 2010; November 23, 2010, and on December 8, 2010, Defendant called Plaintiff at the following telephone number: 352-438-1179.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, CHARLES BOYLE, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CHARLES BOYLE, demands a jury trial in this cause of action.

Dated: February 16, 2011

                                    RESPECTFULLY SUBMITTED

                                    KROHN & MOSS, LTD,

By: _____
     James D. Pacitti
     EBN: 119768
     KROHN & MOSS, LTD.
     10474 Santa Monica Blvd., Suite 401
     Los Angeles, CA 90025
     (323) 988-2400 x230
     (866) 385-1408 (fax)
     Email: jpacitti@consumerlawcenter.com
     Attorney for Plaintiff,
     CHARLES BOYLE

02/04/2011 15:35 FAX
Case 5:11-cv-00079-WTH-KRS   Document 1   Filed 02/22/11   Page 5 of 10 PageID 502
2/3/2011   Complaint (Boyle v. PRA).pdf - Powered b...

Gmail Calendar Documents Photos Reader Web more ▼   ecb1124@gmail.com | Settings ▼ | Sign out
Google docs   Complaint (Boyle v. PRA).pdf - Powered by Google Do<   Save in Google Docs   Share
File   View

1. I am the Plaintiff in this civil proceeding
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations

Pursuant to 28 U S C § 1746(2), I, CHARLES BOYLE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

DATED FEB 3, 2011

*[signature]*
Charles Boyle

# Exhibit A



*Debt Counsel for Seniors & the Disabled*

**DCSD**

March 26, 2010

BY FAX ONLY: 757-321-2504
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

Re:  **Charles Boyle & Eleanor Boyle**
Your file or reference No.: JC Penney: Ending in 0581
Our file No.: 11457

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with 15 U.S.C. § 1692g. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to 15 U.S.C. §1692g(b).

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to 15 U.S.C. § 1692c(a)(2) <u>and</u> 1692c(c). I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

Sincerely,

Richard A Perry
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Charles Boyle & Eleanor Boyle

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-27411

```
              TRANSMISSION VERIFICATION REPORT

                                    TIME  : 03/26/2010 10:55
                                    NAME  : JEROME LAMET LTD
                                    FAX   : 13123563199
                                    TEL   : 13129392221
                                    SER.# : BROD8J797996


DATE,TIME                    03/26 10:54
FAX NO./NAME                 17573212504
DURATION                     00:00:56
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```



Debt Counsel for Seniors & the Disabled
**DCSD**

March 26, 2010                           BY FAX ONLY: 757-321-2504
                                                      Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

Re:  **Charles Boyle & Eleanor Boyle**
     **Your file or reference No.: JC Penney: Ending in 0581**
     **Our file No.: 11457**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b)**.

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c)**. I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

# Exhibit B

Portfolio Recovery Associates, LLC
We're giving debt collection a good name.

October 13, 2010

GE MONEY BANK F.S.B.
JC PENNEY
GE MONEY BANK F.S.B.
PRA Account/Reference No: ███████6058
BALANCE: $████

## Your Fall Savings Plan

PRA wants to help resolve your account before 2011 begins. We are offering you big savings of up to $534.62. Simply complete one of the plans below and this debt will be a thing of the past.

| Lump Sum Settlement Payment Plan | 3 Month Settlement Plan | 12 Month Settlement Plan |
|---|---|---|
| • Save $534.62 off the balance<br>• Pay us $2,160.00 | • Save $534.62 off the balance<br>• Pay over 3 equal monthly installments of $720.00 | • Save $534.62 off the balance<br>• Pay over 12 equal monthly installments of $180.00 |

o Your first payment is due no later than 11/16/2010
o Your account will be considered "Settled in Full" after we post your final payment.
o If you satisfy the terms of this offer, no further interest will be charged to you.

Call today to set up payment arrangements and get started on your plan today!

| Mail | Call | Online |
|---|---|---|
| Mail all checks and payments to:<br><br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Call toll-free at 1-800-772-1413 to discuss payment arrangements with us.<br><br>Let us prove how committed we are to working with you! | Pay us online at:<br>www.portfoliorecovery.com |

*We are not obligated to renew this offer. Interest continues to accrue on this account and will accrue until the account is satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter. You may contact us to obtain an exact payoff amount for a future date.*

Hours of Operation (EST): 7:30 AM to 11 PM Mon-Fri, 8 AM to 5 PM Sat, 2 PM to 9 PM Sun
Company Address: Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502
Disputes Correspondence Address: 140 Corporate Boulevard, Norfolk, VA 23502 or E-mail: PRA.Disputes@portfoliorecovery.com
Credit Card Payments – Third party vendors may charge a transaction fee for processing payments made by credit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

**PRIVACY NOTICE**
We collect certain personal information about you from the following sources: (a) information we receive from you, (b) information about your transactions with our affiliates, others, or us, (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.