UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES BOYLE,

    Plaintiff,                                 CASE NO. **5:11-cv-00079-WTH-KRS**

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, Charles Boyle, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                      RESPECTFULLY SUBMITTED,

Dated: March 11, 2011                    By: /s/ James Pacitti_____
                                                    James Pacitti (FBN: 119768)
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd, Suite 401
                                                    Los Angeles, CA 90025
                                                    Phone: (323) 988-2400 x 230
                                                    Fax: (866) 385-1408
                                                    jpacitti@consumerlawcenter.com
                                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Keith S. McGurgan, Attorney for Defendant, by way of email to the following address, kmcgurgan@portfoliorecovery.com.

                                            /s/ James Pacitti
                                            James Pacitti
                                            Attorney for Plaintiff