UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES BOYLE,

        Plaintiff,

-vs-                              Case No. 5:11-cv-79-Oc-KRS

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.
_____/

## O R D E R

This case is before the Court for consideration of the Plaintiff's Notice of Voluntary Dismissal (Doc. 5). The Defendant has not filed an answer or motion for summary judgment. Pursuant to the Notice and in accordance with Fed. R. Civ. P. 41(a)(1), the Clerk is directed to enter judgment dismissing this cased WITH PREJUDICE, each party to bear its own fees and costs. The Clerk is further directed to terminate any pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of April, 2011.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                Maurya McSheehy